LOUIS M. CARLINI, PLAINTIFF-PETITIONER, v. CURTISS-WRIGHT CORPORATION, DEFENDANT-RESPONDENT.

See same case below: 71 *N. J. Super.* 101.

*Messrs. David & Albert L. Cohn* and *Mr. Daniel Crystal* for the petitioner.

*Messrs. Yauch & Fagan* and *Mr. Frank J. Peterpaul* for the respondent.

April 3, 1962.

CITY OF GLOUCESTER CITY, PLAINTIFF-RESPONDENT, v. JAMES T. JORDAN, SR., DEFENDANT-PETITIONER.

*Mr. W. Louis Bossle* for the petitioner.

*Mr. William E. Hughes* for the respondent.

April 3, 1962.